HOLCOMB, APPELLANT, *v.* THE STATE OF OHIO, APPELLEE.

[Cite as *Holcomb v. State,* 136 Ohio St.3d 82, 2013-Ohio-2414.]

*Court of appeals' judgment affirmed on the authority of* Dunbar v. State.

(No. 2013-0108—Submitted June 5, 2013—Decided June 13, 2013.)

CERTIFIED by the Court of Appeals for Summit County,

No. 26235, 2012-Ohio-5869.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Dunbar v. State*, 136 Ohio St.3d 181, 2013-Ohio-2163, 992 N.E.2d 1111.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Kirk A. Migdal, for appellant.

Michael DeWine, Attorney General, Alexandra T. Schimmer, Solicitor General, and Peter K. Glenn-Applegate, Deputy Solicitor; and Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Lesley A. Walter, Assistant Prosecuting Attorney, for appellee.

_____